THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN HUNTER, Appellant.

Submitted November 29, 2004; decided December 21, 2004

Motion for assignment of counsel granted and J. Scott Porter, Esq., 78 Cayuga Street, Seneca Falls, New York 13148-1229 assigned as counsel to the appellant on the appeal herein.